# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| § | CRIMINAL NO. 4:23-CR-2-ALM-KPJ-1 |
| v. § | |
| § | |
| § | |
| ARTHUR GONZALES (1) § | |

## REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

Pending before the Court is the Government's request for revocation of Defendant's supervised release. After the District Court referred the matter to this Court for a report and recommendation, the Court conducted a hearing on June 21, 2023, to determine whether Defendant violated his supervised release. Defendant was represented by Assistant Public Defender Michelle Allen-McCoy. The Government was represented by Assistant United States Attorney Heather Rattan.

On November 14, 2003, United States District Judge Joan N. Ericksen sentenced Defendant to a term of two hundred (200) months followed by five (5) years of supervised release in the District of Minnesota. *See* Dkt. 2. On January 30, 2018, Defendant completed his term of imprisonment and began serving the term of supervision. *See id.* On January 11, 2023, Judge Ericksen ordered transfer of jurisdiction to the Eastern District of Texas. *See* Dkt. 1.

On January 27, 2023, the U.S. Probation Officer filed the Petition for Warrant or Summons for Offender under Supervision (the "Petition") (Dkt. 2), alleging Defendant violated one condition of supervised release. *See id.* The Petition asserts Defendant violated the following condition of supervision: (1) Defendant shall not commit another federal, state or local crime. *See id.*

The Petition asserts Defendant violated the foregoing condition as follows:

1

- On May 26, 2021, Defendant was arrested by the Denton County Sheriff's Office for Injury to a Child, Elderly, or Disabled, in violation of Texas Penal Code 22.04. An arrest warrant was issued after a Child Protective Services report alleged that Defendant physically abused his 9-year-old stepson. According to the CPS report, CPS was contacted by a teacher when Defendant's stepson showed up at his elementary school with bite marks and scratches on his face. On July 13, 2022, Defendant pled guilty to Lesser Included Injury to a Child, a State Jail Felony in violation of Texas Penal Code 12.44(a) and was sentenced to 180 days jail. On January 5, 2023, Defendant was released from Denton County jail after serving the 180-day jail sentence noted above. According to Sanger Police Department, Defendant immediately went to the residence of his ex-wife, in violation of a protective order. Sanger Police were called during the disturbance, but Defendant had left before the officers arrived. An arrest warrant has been issued for Defendant for Violation of a Protective Order, a Class A Misdemeanor in violation of Texas Family Code 85.026.

On June 21, 2023, the Court conducted a final revocation hearing on the Petition. *See* Minute Entry for June 21, 2023. Defendant entered a plea of true to allegation one, consented to revocation of his supervised release, and waived his right to object to the proposed findings and recommendations of the undersigned. *See id.*; Dkt. 12. The Court finds that Defendant violated the terms of his supervised release, and thus, his supervised release should be revoked.

## **RECOMMENDATION**

Pursuant to the Sentencing Reform Act of 1984, and having considered the arguments presented at the June 21, 2023 hearing, the Court recommends that Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a term of twenty-one (21) months, to run consecutively with any other term of imprisonment, with no term of supervised release to follow. The Court further recommends Defendant be placed at FCI Petersburg in Hopewell, Virginia, if appropriate.

**So ORDERED and SIGNED this 21st day of June, 2023.**

_____
KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE